AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| B.K.A. et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 2:24-cv-10590-JJCG-EAS |
| Plymouth-Canton Community Schools | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

B.K.A. et al .

Date: 03/18/2024

*Attorney's signature*

Catherine M. Michael #P76285

*Printed name and bar number*

550 Congressional Blvd., Suite 115
Carmel, IN 46032

*Address*

catherine@connellmichaellaw.com

*E-mail address*

(317) 696-4159

*Telephone number*

(317) 348-2916

*FAX number*