## **INDEX OF EXHIBITS**

Exhibit 1 – Executed Mediated Settlement

Exhibit 2 – Email conveying sheet signed by superintendent, counsel

Exhibit 3 – Mediation Statement of Understanding May 2024

Exhibit 4 – Comstock email to court 06-10-24