## Mediation Agreement
## Term Sheet

Plymouth-Canton Community Schools (the District) and Becky (Krupa) Arnold (Petitioner), on behalf of her daughter, EK (the Student), collectively the Parties, agree to the following terms following mediation on June 7, 2024:

- The Parties agree to resolve globally all complaints and claims for the amount of $350,000.
- The amount above was for reimbursing attorney fees and educational expenses for Petitioner and Student
- Further terms to be detailed by the Parties in a Full Settlement and Resolution Agreement to be collectively drafted by the Parties.
- The Full Settlement and Resolution Agreement will include standard terms and conditions related to confidentiality, waiver of pending lawsuits and known/should have known about at the date of the execution of this Term Sheet.

This Term Sheet may be executed in multiple parts.

_____
Dorene J. Philpot
Counsel for Petitioner

_____  6/7/24
Travis Comstock
Counsel for District

_____ 6/7/24
Petitioner, obo the Student

_____
Supt. Monica Merritt, on behalf of the District
6/7/2024