📧 Gmail                                                                                                              Dorene Philpot <fape4kids@gmail.com>

## BKA obo EK v PCCS Term Sheet

**Daria Majewski** <dmajewski@collinsblaha.com>                                                                      Fri, Jun 7, 2024 at 12:37 PM
To: Dorene Philpot <fape4kids@gmail.com>
Cc: BJ Fornino <bjfornino@gmail.com>, Bernard Dempsey <bernard.dempsey@mikids1st.org>, Travis Comstock <tcomstock@gmhlaw.com>, Lorie Steinhauer <lsteinhauer@collinsblaha.com>, Amanda Crider <acrider@collinsblaha.com>, Julia Melkic <jmelkic@collinsblaha.com>

The District agrees to make payment within 30 days. This term will be reflected with all other terms in the final agreement, but the District intends this correspondence to bind the District to that timeline. The District's version of the signed term sheet is attached.

Daria S. Majewski

Associate Attorney

Collins & Blaha, P.C.

31440 Northwestern Highway, Suite 170

Farmington Hills, Michigan 48334

Tel: (248) 406-1140

Fax: (248) 406-8416

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** Dorene Philpot <fape4kids@gmail.com>
**Sent:** Friday, June 7, 2024 1:31 PM
**To:** Daria Majewski <dmajewski@collinsblaha.com>
**Cc:** BJ Fornino <bjfornino@gmail.com>; Bernard Dempsey <bernard.dempsey@mikids1st.org>; Travis Comstock <tcomstock@gmhlaw.com>; Lorie Steinhauer <lsteinhauer@collinsblaha.com>; Amanda Crider <acrider@collinsblaha.com>; Julia Melkic <jmelkic@collinsblaha.com>
**Subject:** Re: BKA obo EK v PCCS Term Sheet

This looks OK, once you add the timeline for payment of 30 days. Can you make that change and circulate?

On Fri, Jun 7, 2024 at 12:25 PM Daria Majewski <dmajewski@collinsblaha.com> wrote:

> As discussed, please see attached to circulate for signatures. As noted in the term sheet, the sheet may be executed in multiple parts.
>
> Daria S. Majewski
>
> Associate Attorney
>
> Collins & Blaha, P.C.
>
> 31440 Northwestern Highway, Suite 170
>
> Farmington Hills, Michigan 48334
>
> Tel: (248) 406-1140
>
> Fax: (248) 406-8416
>
> NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

--

Pl. Exh. 2 -- 2

[Quoted text hidden]

📄 **Mediation Agreement 06072024.pdf**
201K

Mediation Agreement

Term Sheet

Plymouth-Canton Community Schools (the District) and Becky (Krupa) Arnold (Petitioner), on behalf of her daughter, EK (the Student), collectively the Parties, agree to the following terms following mediation on June 7, 2024:

- The Parties agree to resolve globally all complaints and claims for the amount of $350,000.
- The amount above was for reimbursing attorney fees and educational expenses for Petitioner and Student
- Further terms to be detailed by the Parties in a Full Settlement and Resolution Agreement to be collectively drafted by the Parties.
- The Full Settlement and Resolution Agreement will include standard terms and conditions related to confidentiality, waiver of pending lawsuits and known/should have known about at the date of the execution of this Term Sheet.

This Term Sheet may be executed in multiple parts.

_____
Dorene J. Philpot
Counsel for Petitioner

_____
Travis Comstock            6/7/24
Counsel for District

_____
Petitioner, obo the Student

_____
Supt. Monica Merritt, on behalf of
the District
                           6/7/2024