UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B.K.A. o/b/o E.K.,

      Plaintiff,

v

PLYMOUTH-CANTON COMMUNITY SCHOOLS,

      Defendant.
_____/

Judge Jonathan J.C. Grey
Magistrate Judge Elizabeth A. Stafford
No. 24-10590

| | |
|---|---|
| DORENE PHILPOT (P84063)<br>PHILPOT LAW OFFICE, PLLC<br>*Attorney for Plaintiff*<br>275 Bristol Lane<br>Livingston, TX 77351<br>(281) 989-2010<br>Fape4kids@gmail.com<br><br>CATHERINE M. MICHAEL (P76285)<br>*Attorney for Plaintiff*<br>Connell Michael, LLP<br>550 Congressional Blvd.<br>Suite 350-11<br>Carmel, IN 46032 | TIMOTHY J. MULLINS (P28021)<br>TRAVIS M. COMSTOCK (P72025)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>*Attorneys for Defendant*<br>101 W. Big Beaver Road, 10th Floor<br>Troy, MI 48084-5280<br>(248) 457-7036<br>tmullins@gmhlaw.com<br>tcomstock@gmhlaw.com |

## Defendant's Index of Exhibits

A. Defendant's June 14, 2024 Draft

B. Plaintiffs' June 19, 2024 Counter Draft

C. Defendant's July 2, 2024 Final Draft