UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| B.K.A. and E.K., <br><br> Plaintiffs, <br><br> v. <br><br> PLYMOUTH-CANTON COMMUNITY SCHOOLS, <br><br> Defendant. | Case No. 24-cv-10590 <br><br> Honorable Robert J. White |

## ORDER OF DISMISSAL

The parties appeared before the Court on December 6, 2024, for a settlement conference and agreed to resolve this case. Accordingly,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Court adopts the parties' stipulated order attached below.

Pursuant to the parties' agreement, IT IS FURTHER ORDERED that the Court retains limited jurisdiction (1) as needed to enforce the terms of the settlement agreement; and (2) if the parties cannot agree regarding the amount of Plaintiffs' attorney fees incurred after June 7, 2024, to rule on any motion for attorney fees filed within 90 days of this order.

SO ORDERED.

Dated: December 9, 2024          s/ *Robert J. White*
                                 Robert J. White
                                 United States District Judge

# **STIPULATED ORDER**

Plaintiffs and Respondent, by counsel, respectfully submit the following terms for approval by the court:

1. The parties met in a settlement conference on 12-06-24 and agreed to various terms to resolve the Opposed Verified Motion and Brief to Enforce Settlement Agreement (ECF 16). The agreed settlement agreement is incorporated herein by reference.

2. PURPOSES OF FUNDING

    The Court finds that the Release And Settlement Agreement ("Agreement") signed by the parties on December 9, 2024, is in the best interests of E.K. and any sums due under the terms of the Agreement will be paid as set forth in the Agreement for educational needs of E.K. and the agreed attorney fees.

3. COURT RETAINS JURISDICTION

    The Court will retain jurisdiction to enforce the terms of the settlement agreement as needed.

4. If the parties are unable to reach an agreement as to Plaintiffs' attorney fees incurred after June 7, 2024, the Plaintiffs will file a motion as to the fees incurred for determination by the court within 90 days of the Court's order herein.

5. WAIVER OF CLAIMS

    Plaintiff B.K.A. is approved and authorized by the Court to agree to and bind E.K. to the waiver of claims as set forth in the Agreement.

**STIPULATED TO:**

| | |
|---|---|
| *s/Catherine Michael* | *s/Travis Comstock* |
| Catherine M. Michael | Travis Comstock |
| CONNELL MICHAEL, LLP | Giarmarco, Mullins & Horton, P.C. |
| 550 Congressional Blvd., Suite 350-11 | Tenth Floor Columbia Center |
| Carmel, IN 46032 | 101 W. Big Beaver Road |
| Telephone: (317) 343-4482 | Troy, MI 48084-5280 |
| Fax: (317) 348-2916 | 248-457-7036 |
| catherine@connellmichaellaw.com | tcomstock@gmhlaw.com |
| | |
| Dorene Philpot | Counsel for Defendant |
| Philpot Law Office PLLC | |
| 275 Bristol Lane | |
| Livingston, Texas 77351 | |
| (281) 989-2010 (tel) | |
| FAPE4Kids@gmail.com | |

Counsel for Plaintiffs

Dated: December 9, 2024