UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| B.K.A., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PLYMOUTH-CANTON COMMUNITY SCHOOLS,<br><br>    Defendant. | Case No. 24-cv-10590<br><br>Honorable Robert J. White |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE AND FOR COURT TO CONTINUE TO RETAIN JURISDICTION**

Before this Court is Plaintiffs' Unopposed Motion to Set Briefing Schedule and for Court to Continue to Retain Jurisdiction with respect to a motion for attorney fees incurred after June 7, 2024. (ECF No. 29; *see also* ECF No. 26). The Court being fully advised in the premises,

HEREBY ORDERS that Plaintiffs' motion (ECF No. 29) is GRANTED.

IT IS FURTHER ORDERED that:

1. Plaintiffs will file their motion on or before the 6th day of June, 2025.

2

2. Defendant will its response to the motion on or before the 20th day of June, 2025.

3. Plaintiffs will file their reply on or before the 27th day of June, 2025.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter in order to rule on Plaintiffs' motion and the execution of any terms ordered.

SO ORDERED.

Dated: May 5, 2025                                    s/Robert J. White
                                                     Robert J. White
                                                     United States District Judge